IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODRIGO CABALLERO MARTINEZ, ) <br> RICARDO CABALLERO MARTINEZ, and ) <br> RAMON BARRANCO MARTINEZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MAZATLAN MEXICAN RESTAURANT OF ) <br> DICKSON, INC., PHILIPPE LOPEZ, and ) <br> RODOLFO VILLAREAL ) <br> ) <br> Defendants. ) | Civil No. 3:09-0625 <br> Judge Trauger |

**O R D E R**

Pursuant to the contents of the Joint Mediation Report filed on April 8, 2010 (Docket No. 30) and the fact that this case is scheduled for trial on August 31, 2010, it is hereby **ORDERED** that the parties shall file a joint status report and/or motion to modify case deadlines and/or motion to continue trial by August 13, 2010.

It is so **ORDERED**.

ENTER this 10th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge