IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RODRIGO CABALLERO MARTINEZ, RICARDO CABALLERO MARTINEZ, and RAMON BARRANCO MARTINEZ, | ) ) ) ) | Civil No. 3:09-0625 Judge Trauger |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MAZATLAN MEXICAN RESTAURANT OF DICKSON, INC., PHILIPPE LOPEZ, and RODOLFO VILLAREAL | ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

The Joint Motion to Continue Trial and Request to Order Mediation (Docket No. 32) is **GRANTED**. It is hereby **ORDERED** that the trial scheduled for August 31, 2010 and the pretrial conference scheduled for August 27, 2010 are **CONTINUED**. It is further **ORDERED** that this case is **REFERRED** to Magistrate Judge Knowles for a mediation/judicial settlement conference, to be scheduled at his convenience and the convenience of the parties.

It is so **ORDERED**.

ENTER this 16th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge