# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RODRIGO CABALLERO MARTINEZ, ET AL., ) ) ) Plaintiffs, ) ) VS. ) ) MAZATLAN MEXICAN RESTAURANTS, ) INC., ET AL., ) ) Defendant. ) | No. 3-09-0625 JUDGE TRAUGER JURY DEMAND |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court from the signatures of counsel for the parties hereto that all claims and controversies between the parties have been compromised and settled, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed, with prejudice.

ENTERED, this 5th day of April, 2011.

_____
United States District Court Judge Aleta A. Trauger

Approved for Entry:

/s/ Stephen W. Grace (w/ permission)
Stephen W. Grace, TN No. 14867
1019 16th Avenue South
Nashville, Tennessee 37212
(615) 255-5225
Attorney for Defendants

/s/ Robert C. Bigelow
Robert C. Bigelow, TN No. 22022
424 Church Street, Suite 1401
Nashville, TN 37219
(615) 244-6538
Attorney for Plaintiffs

NASHVILLE 38772-1 406234v1